BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO.  11-00104-DAD |
| Plaintiff, ) | |
| v. ) | |
| ) | MOTION TO DISMISS |
| FRANK LEE DEARWESTER, ) | AND (proposed) ORDER |
| Defendant. ) | |
| _____) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against FRANK LEE DEARWESTER.

DATED: April 18, 2011                         BENJAMIN B. WAGNER
                                              United States Attorney

                                              By: /s/Michelle Rodriguez
                                                  MICHELLE RODRIGUEZ
                                                  Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 11-00104-DAD against defendant FRANK LEE DEARWESTER is GRANTED.

DATED: April 18, 2011

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE